UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICHAEL PAUL DALTON,<br><br>               Plaintiff,<br><br>   v.<br><br>SARAH CASTALDO ET AL.,<br><br>              Defendants. | Case No. C25-2114-JCC<br><br>ORDER GRANTING IFP |

Because Plaintiff does not appear to have funds available to afford the $405.00 filing fee, Plaintiff financially qualifies for *in forma pauperis* (IFP) status pursuant to 28 U.S.C. § 1915(a)(1). Therefore, Plaintiff's IFP application, Dkt. 1, is GRANTED. However, the undersigned recommends review by the assigned District Judge under 28 U.S.C. § 1915(e)(2)(B). The Clerk of the Court is directed to send a copy of this Order to Plaintiff and to the assigned District Judge.

Dated this 30th day of October, 2025.

*[signature: S. Kate Vaughan]*

S. KATE VAUGHAN
United States Magistrate Judge

ORDER GRANTING IFP - 1